IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LTMC/DRAGONFLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-cv-01045 (CKK/JMF) |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| AIRPORTS AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ George D. Ruttinger | /s/ David I. Schoen |
| George D. Ruttinger | David I. Schoen |
| (D.C. Bar No. 214445) | Attorney at Law |
| John E. McCarthy Jr. | 2800 Zelda Road, Suite 100-6 |
| (D.C. Bar No. 430035) | Montgomery, Alabama 36106 |
| | Tel: 334-395-6611 |
| CROWELL & MORING LLP | Fax: 917-591-7586 |
| 1001 Pennsylvania Avenue, N.W. | DSchoen593@aol.com |
| Washington, D.C. 20004-2595 | |
| Tel: (202) 624-2500 | *Counsel for LTMC/Dragonfly, Inc.* |
| Fax: (202) 628-5166 | |

*Counsel for Washington Metropolitan
Airports Authority*

August 5, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filings to the following:

>David I. Schoen
>Attorney at Law
>2800 Zelda Road, Suite 100-6
>Montgomery, Alabama 36106
>Tel:  334-395-6611
>Fax:  917-591-7586
>DSchoen593@aol.com
>
>*Counsel for LTMC/Dragonfly, Inc.*

        /s/ George D. Ruttinger

George D. Ruttinger
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
Tel:  (202) 624-2500
Fax:  (202) 628-5116
gruttinger@crowell.com

*Counsel for Metropolitan Washington Airports Authority*